# TRANSCRIPT OF JUDGMENT

No. 16

## JUDGMENT DEBTOR

| Surname | Given Name | Trade or Profession | Last Known Address |
|---|---|---|---|
| OVERTON | MARY | | 652 Lafayette Ave.<br>Brooklyn NY<br>11216-1020 |

## JUDGMENT CREDITOR

| Name and Address | Attorney for Judgment Creditor Name and Address |
|---|---|
| James Webb<br>Sullivan Correctional Facility<br>P.O. Box 116<br>Fallsburg NY 12733-0116 | |

## JUDGMENT RENDERED

| Court | Supreme |
|---|---|
| County | Sullivan |
| Index No. | 92/02 |
| Date | 1/8/03 |
| Hr. and Min. | 1:53 pm |

## JUDGMENT DOCKETED

| Date | 1/8/03 |
|---|---|
| Hr. and Min. | 1:53 pm |

## AMOUNT OF JUDGMENT

| Damages | $ 7103.38 |
|---|---|
| Costs | $  185.55 |
| Total | $ 7288.93 |

**Remarks:** Date and manner of change of status of judgment

## SATISFIED

| When | How and to What Extent |
|---|---|

## EXECUTION

Returned Unsatisfied

---

STATE OF NEW YORK
COUNTY OF SULLIVAN

I, George L. Cooke _____ Clerk of the County of Sullivan, hereby certify that the above is a correct transcript from the docket of judgments in my office.

IN TESTIMONY WHEREOF, I have hereunto set my name and affixed my official seal this 8th day of May, 2003

_____ County Clerk

---

No. 16
DATE 5-8-03

James Webb
vs.
Mary Overton

Sullivan County Clerk
County Government Center
Monticello, N.Y. 12701